ACCEPTED
15-24-00111-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/7/2025 3:51 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00111-CV

In the Court of Appeals
for the Fifteenth Judicial District
Austin, Texas

CHRISTOPHE A. PRINE

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas**
*Appellants,*

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/7/2025 3:51:30 PM
CHRISTOPHER A. PRINE
Clerk

V.

**Championx, LLC,**
*Appellees.*

On Appeal from the 419th Judicial District Court, Travis County, Texas
Cause Number D-1-GN-20-000139

**Appellants' Unopposed First Motion for Extension of Time
to File Appellants' Reply Brief**

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
    General

AUSTIN KINGHORN
Deputy Attorney General for Civil
    Litigation

STEVEN ROBINSON
Division Chief, Tax Litigation
    Division

KELSEY HANSON
Assistant Attorney General
State Bar No. 24096654
Kelsey.Hanson@oag.texas.gov

Office of the Attorney General
Tax Litigation Division
P.O. Box 12548 (MC 029)
Austin, Texas 78711-2548
Tel: 512-463-8897
Fax: 512-478-4013

*Counsel for Appellants*

## MOTION TO EXTEND

1. Appellants ask the Court to grant an extension of fourteen (14) days to file their brief, extending the due date from April 16, 2025, to **April 30, 2025**.

2. This is Appellants' first request for an extension of time to file their reply brief.

3. Good cause exists for the Court to grant this extension.

4. The undersigned counsel, Kelsey Hanson, (1) must prepare for and attend a hearing setting for Cause No. D-1-GN-15-003797 in Travis County District Court on April 14, 2025; (2) must prepare for and attend a hearing setting for Cause No. D-1-GN-23-000226 in Travis County District Court on April 15, 2025; and (3) has preparations to make for a five day bench trial setting for Cause No. D-1-GN-15-003797 in Travis County District Court beginning on June 9, 2025.

5. Due to these reasons and other time constraints, Appellants require additional time to submit their Appellants' Reply Brief.

6. This extension is not being sought for purposes of delay but so that justice may be done.

7. The undersigned counsel conferred with Ms. Antoinette Ellison,

counsel for Appellees, on April 4, 2025, and April 7, 2025. On April 7, 2025, Ms. Antoinette Ellison indicated that Appellees are unopposed to Appellants' request for a 14-day extension of the due date for Appellants' Reply Brief.

8. All facts recited in this motion are within the personal knowledge of the undersigned counsel, so no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER

Appellants request that this motion be granted, extending the time for filing Appellants' Reply Brief to April 30, 2025.

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney
    General

RALPH MOLINA
Deputy First Assistant
    Attorney General

AUSTIN KINGHORN
Deputy Attorney General for
    Civil Litigation

STEVEN ROBINSON
Division Chief, Tax Litigation
Division

/s/ Kelsey Hanson
KELSEY HANSON
Assistant Attorney General
State Bar No. 24096654
Kelsey.Hanson@oag.texas.gov

Texas Office of the Attorney
General
Tax Litigation Division MC 029
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512)-463-8897
Fax: (512) 478-4013

*Counsel for Appellants*

## CERTIFICATE OF CONFERENCE

Kelsey Hanson conferred with Antoinette Ellison, counsel for Appellee, by email on April 4, 2025, and April 7, 2025. Appellees are unopposed to this motion.

/s/ Kelsey Hanson
KELSEY HANSON
Assistant Attorney General

4

# CERTIFICATE OF SERVICE

I certify that on April 7, 2025, a copy of the foregoing pleading was served on all parties or attorneys of record via the service methods listed below.

*Via Electronic Service and/or email:*

Deborah S. Sloan
dsloan@jonesday.com
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, Texas 75201-1515

John M. Allen
jmallen@jonesday.com
Antoinette L. Ellison
aellison@jonesday.com
JONES DAY
1221 Peachtree Street NE
Atlanta, Georgia 30361

**ATTORNEYS FOR APPELLEES**

*/s/ Kelsey Hanson*
KELSEY HANSON
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michelle Elkins on behalf of Kelsey Hanson
Bar No. 24096654
michelle.elkins@oag.texas.gov
Envelope ID: 99371310
Filing Code Description: Motion
Filing Description: Appellants First MTE for Reply Brief
Status as of 4/7/2025 4:03 PM CST

Associated Case Party: ChampionX, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Deborah Sloan | 786230 | dsloan@jonesday.com | 4/7/2025 3:51:30 PM | SENT |
| Carla Dennis | | cydennis@jonesday.com | 4/7/2025 3:51:30 PM | SENT |
| John MAllan | | jmallan@jonesday.com | 4/7/2025 3:51:30 PM | SENT |
| Antoinette L.Ellison | | aellison@jonesday.com | 4/7/2025 3:51:30 PM | SENT |

Associated Case Party: Ken Paxton, Attorney General of the State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kelsey Hanson | 24096654 | kelsey.hanson@oag.texas.gov | 4/7/2025 3:51:30 PM | SENT |